# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE HYUN SONG, | Case No. SACV 09-1472-JEM |
| Petitioner, | |
| v. | **J U D G M E N T** |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 12, 2010

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE